478 A.2d 90

Commonwealth v. Borger, Appellant.

Submitted May 4, 1984. Ronold J. Karasek, for appellant; John F. Spirk, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.

478 A.2d 90

Commonwealth v. Brown, Appellant.

Submitted February 24, 1984. Scott A. Evans, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for appellee.

Before SPAETH, P.J., and CIRILLO and CERCONE, JJ.

Affirmed.